# MEMORANDUM ENDORSEMENT

United States v. Clydedoro Graham

14-CR-500-01 (NSR)

Clydedoro Graham v. United States

19-cv-9629 (NSR)

On November 21, 2019, the Court issued an Order directing Petitioner Clydedoro Graham ("Petitioner") to execute and return to the court the "Attorney-Client Privilege Waiver (Informed Consent)" form within 60 days, *i.e.*, by January 20, 2020.

The Court reviewed Petitioner's attached letter, dated December 18, 2019. Due to the circumstances described in the letter, Petitioner is granted an additional 30 days to execute and return to the court the "Attorney-Client Privilege Waiver (Informed Consent)" form, *i.e.*, on or before February 19, 2020.

The Clerk of the Court is respectfully directed to mail a copy of this endorsement and a copy of the November 21, 2019 Order (ECF No. 170) to *pro se* Petitioner and show proof of service on the docket.

Dated: January 7, 2020
White Plains, NY

SO ORDERED.

Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2020

Dec 18, 2019

To: Clerk of the Court
United State CourtHouse
300 Quarropas ST
White Plains, NY 10601

From: Clydedoro Graham
Reg# 71210-054
Federal Correctional Institution-Estill

Re: United States v. Clydedoro Graham, 14 Cr.500(NSR)
Clydedoro Graham v. United States, 19 Civ. 9629(NSR)

Dear Clerk of the Court:

    I am respectfully submitting this letter to requested another copie of the (Waiver form of consent) for Attorney-client Correspondence due to go to (S.H.U) Special Housing Unit for several days. . . I Lost the Form so it could be signed in time before 60 days exspired. . . Thank you for your time and attentions. . .

RECEIVED
DEC 26 2019
U.S.D.C.

| BP-A0308 JAN 17 | ADMINISTRATIVE DETENTION ORDER | U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS |

ESTILL FCI
Institution

Date/Time: 12-05-2019 09:31

TO: Special Housing Unit Officer

FROM: LEE, LIEUTENANT _____, (Name/Title)

SUBJECT: Placement of _____ GRAHAM, CLYDEDORO _____ Reg. No. __71210-054__, in Administrative Detention

__✓__ (a) Is pending an investigation for a violation of Bureau regulations;

_____ (b) Is pending an SIS investigation

_____ (c) Is pending investigation or trial for a criminal act;

_____ (d) Is to be admitted to Administrative Detention

   _____ (1) Since the inmate has requested admission for protection;

   I hereby request placement in Administrative Detention for my own protection.

   Inmate Signature/Register No.: _____

   Staff Witness Printed Name Signature: _____

   _____ (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded for an appropriate hearing by the SRO.

_____ (e) Is pending transfer or is in holdover status during transfer.

_____ (f) Is pending classification; or

_____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this Correctional Supervisor's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*

Sanctioned to 7 days DS by DHO

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on

(date / time) __12-5-19 / 1310__

Staff Witness Signature/Printed Name _____ Date __12-5-19__

Supervisor 24 hour review of placement: Signature/Printed name _____

* In the case of DHO action, reference to that order is sufficient. In other cases, the Correctional supervisor will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy – Psychology; Copy - Central File

PDF                    Prescribed by P5270             (Replaces BP-A0308 of JAN 88.)

71210-054
Clydedoro Graham
F.C.I. - Estill
PO BOX #699
Estill, SC 29918-0699
United States

CHARLESTON SC 294
20 DEC 2019 PM 3 L

71210-054
Clerk Of The Court
United States Courthouse
300 Quarropas ST
White Plains, NY 10601
United States