

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 12, 2021

**BY ECF**

Honorable Nelson S. Román
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2021
```

    Re:    <u>United States v. Clydedoro Graham, et al.</u>
              14-cr-500 (NSR)

Dear Judge Román:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case. Thank you very much for the Court's consideration.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:    /s Douglas S. Zolkind
        Douglas S. Zolkind
        Assistant United States Attorney
        (212) 637-2418

The application is granted. The Clerk of the Court is directed to remove Douglas Zolkind from the docket and terminate the motion at ECF No. 197.

Dated: 1/13/2021
White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge